IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>KIMBERLY LASTORIA & MICHAEL LASTORIA,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH & NEPHEW INC.,<br><br>    Defendant. | MDL: No. 2775<br>Master Docket No. 1-17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>**DIRECT-FILED SHORT FORM COMPLAINT**<br>**PURSUANT TO CASE MANAGEMENT ORDER NO. 5**<br><br>Civil Action No.: _____ |

## SHORT FORM COMPLAINT

1.      Plaintiffs, Kimberly Lastoria & Michael Lastoria, state and bring this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation.* Plaintiff is filing this Short Form Complaint pursuant to CMO No. 3, entered by this Court.

## PARTIES, JURISDICTION AND VENUE

2.      Plaintiff Kimberly Lastoria is a resident and citizen of Sevier County, Tennessee and claims damages as set forth below.

3.      Plaintiff's spouse, Michael Lastoria, is a resident and citizen of Sevier County, Tennessee and claims damages as set forth below.

4.       Federal jurisdiction is proper based on federal question due to the statutory scheme of federal regulations for the BHR device upon which plaintiffs' claims

rest.

5.      The Federal District in which Plaintiff Kimberly Lastoria's initial implant took place: Northern District of Ohio.

6.      The Federal District in which Plaintiff Kimberly Lastoria's revision surgery took place: Eastern District of Tennessee.

7.      Plaintiff brings this action:

     X
_____      On behalf of herself;

## FACTUAL ALLEGATIONS

8.      On or about July 15, 2009, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's RIGHT hip.

9.      Plaintiff's RIGHT BHR implant surgery was performed at Euclid Hospital, Ohio, by Dr. Peter Brooks, M.D.

10.     Plaintiff underwent medical-indicated revision of the RIGHT BHR hip implant on or about January 22, 2021.

11.     Plaintiff's revision surgery was performed by Dr. Conrad Ivie, MD at Parkwest Medical Center, Knoxville, Tennessee.

12.     Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: Pain, elevated cobalt and chromium levels. Dr. Ivie recommended and performed a revision of the right hip resurfacing arthroplasty. Surgical findings confirmed the presence of metal debris and resulting bone loss from metal debris, consistent with metal-on-metal wear from a failed right hip resurfacing arthroplasty due to metal debris.

13.     Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017 and all amendments to the MACC.

## ALLEGATIONS AS TO INJURIES

14.     (a) Plaintiff claims damages as result of (check all that are applicable):

| | |
|---|---|
| __X__ | INJURY TO HERSELF |
| _____ | INJURY TO THE PERSON REPRESENTED |
| _____ | WRONGFUL DEATH |
| _____ | SURVIVORSHIP ACTION |
| __X__ | ECONOMIC LOSS |

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):

| | |
|---|---|
| __X__ | LOSS OF SERVICES |
| __X__ | LOSS OF CONSORTIUM |

15.     Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OR RECOVERY

16.     The following claims and allegations are asserted by Plaintiff and are herein adopted by reference under the laws of the following state (check all that are applicable).

__X__ COUNT  I (Strict products liability) (Tennessee)

__X__ COUNT III (Strict products liability failure to warn) (Tennessee)

__X__ COUNT IV (negligent failure to warn) (Tennessee)

__X__ COUNT V (negligent misrepresentation) (Tennessee)

_____X_____  COUNT VI (negligence per se) (Tennessee)

_____X_____  COUNT VII (breach of express warranties) (Tennessee)

_____X_____  COUNT VIII (manufacturing defect) (Tennessee)

_____X_____  COUNT IX (punitive damages) (Tennessee)

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.    For compensatory damages;

2.    Pre-judgment and post-judgment interest;

3.    Statutory damages and relief of the state whose laws will govern this action;

4.    Costs and expenses of this litigation;

5.    Reasonable attorneys' fees and costs as provided by law;

6.    Equitable relief in the nature of disgorgement; and

7.    All other relief as the Court deems necessary, just and proper.

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims to Complaint so triable.

Dated: May 10, 2021                     Respectfully submitted,

**/s/    George G. Tankard**
George G. Tankard, III
YOST LEGAL GROUP
341 North Calvert Street
Suite 100
Baltimore, MD 21202
Telephone:  410-659-6800
Facsimile:  410-727-4556
Gtankard@yostlaw.com
Bar Identification No.: 03835
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned herby certifies that on the 10th day of May, 2021, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by email to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

<u>**/s/     George G. Tankard**</u>
George G. Tankard, III